WAUKEEN Q. McCOY, ESQ. (SBN: 168228)
LAW OFFICES OF WAUKEEN Q. McCOY
703 Market Street, Suite 1300
San Francisco, California 94103
Telephone (415) 675-7705
Facsimile (415) 675-2530
Email: wqm@mccoyslaw.com
Attorney for Plaintiff, TONY RAY JONES

BARBARA J. PARKER, City Attorney, (SBN: 069722)
RANDOLPH W. HALL, Assistant City Attorney (SBN: 080142)
WILLIAM E. SIMMONS, Supervising Trial Atty., (SBN: 121266)
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-6520
Facsimile: (510) 238-6500
E-mail: wesimmons@oaklandcityattorney.org
Attorneys for Defendants, CITY OF OAKLAND and CESAR GARCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY RAY JONES, an individual,<br><br>    Plaintiff,<br>    v.<br><br>CITY OF OAKLAND, a municipality; CESAR GARCIA, individually and in his capacity as a police officer for the City of Oakland; OFFICER DOES 1 through 10, and DOES 11-50, inclusive.<br><br>    Defendants | Case No. CV-12-01416 MEJ<br><br>**JOINT STIPULATION TO EXTEND THE MEDIATION COMPLETION DATE; AND [PROPOSED] ORDER** |

Pursuant to Civ. L. R. 6-2, for the reasons set forth below, the parties to the above-captioned action stipulate and agree to extending the deadline for the completion of mediation in this action; Plaintiff respectfully requests an order to that effect from the Court.

**STIPULATION**

Plaintiff is currently involved in a related criminal case. Trial for Plaintiff's criminal case is set to begin on September 10, 2012. The present deadline for completion of mediation is set

1  for September 13, 2012; however the parties believe that a meaningful mediation cannot take
2  place until Plaintiff's deposition has been taken and it is not possible to take Plaintiff's
3  deposition until the verdict in the related criminal case has been rendered. Additionally, Ellen S.
4  James, the initial mediator for the case, has been recused and the search for a replacement is
5  ongoing.
6      The trial in this case has been set for August 12, 2013 and no previous modifications to
7  deadlines have been stipulated or ordered. The parties believe that extending the mediation
8  would have no adverse effects on the scheduling in this matter. Therefore, the parties request that
9  the mediation deadline be rescheduled to a date on or around December 30, 2012.
10     THEREFORE, the parties hereby stipulate that the deadline for the completion of
11 mediation should be extended until December 30, 2012, or such other date as the Court may
12 deem appropriate.

16 DATED:  August 7, 2012                                DATED:  August 7, 2012
17 LAW OFFICES OF WAUKEEN Q. McCOY           CITY OF OAKLAND
18 By: _____/s/Waukeen Q. McCoy_____           By: _____/s/William Simmons__
19 WAUKEEN Q. MCCOY, ESQ.                            WILLIAM E. SIMMONS, ESQ.
   Attorney for Plaintiff                                         Attorney for Defendant

**JOINT STIPULATION TO**                                          **CASE NO. CV-12-01416-MEJ**
**CONTINUTE THE MEDIATION**
**COMPLETION DATE**

## [PROPOSED] ORDER

The Court, having considered the parties' stipulation to extend the deadline for the completion of mediation, and good cause appearing, hereby grants the parties' request. The current deadline for mediation, September 13, 2012, is VACATED.

The new deadline for the completion of mediation is __December 30, 2012__.

IT IS SO ORDERED.

DATED: _August 8, 2012_

_____
MARIA-ELENA JAMES
UNITED STATES DISTRICT JUDGE