```
 1  BARBARA J. PARKER, City Attorney, SBN 069722
    RANDOLPH W. HALL, Assistant City Atty., SBN 080142
 2  WILLIAM E. SIMMONS, Supervising Trial Atty., SBN 121266
    One Frank H. Ogawa Plaza, 6th Floor
 3  Oakland, California 94612
    Telephone: (510) 238-6520, Fax: (510) 238-6500
 4  28889/954138

 5  Attorneys for Defendants
    CITY OF OAKLAND
 6  and CESAR GARCIA
```

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## SAN FRANCISCO DIVISION

| | |
|---|---|
| TONY RAY JONES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND, a municipality; CESAR GARCIA, individually and in his capacity as a police officer for the City of Oakland; OFFICER DOES 1 through 10, and DOES 11 through 50, inclusive.<br><br>Defendant(s). | Case No. CV 12-1416 MEJ<br><br>**STIPULATION AND [PROPOSED] ORDER** |

The Plaintiff and the City of Oakland defendants, by and through their respective counsel, agree and stipulate as follows:

The criminal trial in the matter, Alameda County Superior Court No. 169294, was set for November 5, 2012 but has been continued, at the request of the Prosecution, to December 24, 2012. Plaintiff Jones is a criminal Defendant in that matter. The events and circumstances of the criminal matter are related to this action.

Because of the pendency of the criminal matter, the plaintiff has not agreed to be deposed and no discovery other than an exchange of written documents has taken place.

The court-appointed mediator, Richard Collier, has set a mediation session for January 15, 2013.

Because of the pendency of the criminal matter, the parties have been unable to conduct the necessary discovery to enable them to effectively comply with several upcoming deadlines.

Accordingly, the parties agree and stipulate that the following deadlines be continued as indicated:

Disclosure of expert witnesses: from January 11, 2013 to April 12, 2013

Rebuttal expert disclosure: from January 21, 2013 to April 26, 2013

Discovery cut-off, including experts: from February 5, 2013 to May 6, 2013

1  Dated: November 29, 2012

2

3           BARBARA J. PARKER, City Attorney
            RANDOLPH W. HALL, Chief Assistant City Attorney
4           WILLIAM E. SIMMONS, Supervising Trial Attorney

5
            By:     /S/ William E. Simmons
6                   Attorneys for Defendants
                    CITY OF OAKLAND and CESAR GARCIA
7

8
            WAUKEEN MCCOY
9           LAW OFFICES OF WAUKEEN MCCOY

10
            By: _____
11          Attorneys for Plaintiff
            TONY RAY JONES
12

13

14  
    **IT IS SO ORDERED**
15
    _____
16
    UNITED STATES CHIEF MAGISTRATE JUDGE
17
    Dated: 12/4/2012  **Maria Elena James**
18

19

20

21

22

23

24

25

26

STIPULATION AND [PROPOSED] ORDER     -3-                                        CV 12-1416