WAUKEEN Q. McCOY, ESQ. (SBN: 168228)
LAW OFFICES OF WAUKEEN Q. McCOY
703 Market Street, Suite 1300
San Francisco, California 94103
Telephone:     (415) 675-7705
Facsimile:      (415) 675-2530
Email:           wqm@mccoyslaw.com
Attorney for Plaintiff, TONY RAY JONES

BARBARA J. PARKER, City Attorney, (SBN: 069722)
RANDOLPH W. HALL, Assistant City Attorney (SBN: 080142)
WILLIAM E. SIMMONS, Supervising Trial Atty., (SBN: 121266)
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone:     (510) 238-6520
Facsimile:      (510) 238-6500
E-mail:          wesimmons@oaklandcityattorney.org
Attorneys for Defendants, CITY OF OAKLAND and CESAR GARCIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TONY RAY JONES, an individual,<br><br>                  Plaintiff,<br><br>          v.<br><br>CITY OF OAKLAND, a municipality; CESAR GARCIA, individually and in his capacity as a police officer for the City of Oakland; OFFICER DOES 1 through 10, and DOES 11-50, inclusive.<br><br>                  Defendants. | Case No. CV-12-01416 MEJ<br><br>**[PROPOSED]** **ORDER GRANTING JOINT STIPULATION TO ALLOW MEDICAL EXAMINATION OF PLAINTIFF IN SANTA RITA JAIL** |

The Court, having considered the parties' stipulation to allow Dr. John Toton to examine Plaintiff in the Santa Rita Jail on March 26, 2013, and good cause appearing, hereby grants the parties' request.

        IT IS SO ORDERED.

DATED:  March 14, 2013                                    _____
                                                                                 MARIA-ELENA JAMES
                                                                                 UNITED STATES DISTRICT JUDGE