BARBARA J. PARKER, City Attorney, SBN 069722
RANDOLPH W. HALL, Chief Assistant City Atty., SBN 080142
WILLIAM E. SIMMONS, Supervising Trial Atty., SBN 121266
One Frank H. Ogawa Plaza, 6th Floor
Oakland, California 94612
Telephone: (510) 238-6520, Fax: (510) 238-6500
28889-1110549

Attorneys for Defendants
CITY OF OAKLAND and CESAR GARCIA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN FRANCISCO DIVISION

| | |
|---|---|
| TONY RAY JONES, an individual,<br><br>Plaintiff,<br><br>v.<br><br>CITY OF OAKLAND, a municipality; CESAR GARCIA, individually and in his capacity as a police officer for the City of Oakland; OFFICER DOES 1 through 10, and DOES 11 through 50, inclusive.<br><br>Defendant(s). | Case No. CV 12-1416 MEJ<br><br>**STIPULATION AND**<br><br>[PROPOSED] **ORDER RE: DEPOSITION OF PLAINTIFF TONY RAY JONES IN ALAMEDA COUNTY JAIL**<br><br>**FRCP 30 (a)(2)(B).** |

The parties, by and through their respective counsel, stipulate and agree that Plaintiff Tony Jones may be deposed in the Alameda County Jail, Santa Rita Facility, in Dublin, California where he is presently incarcerated

It is so stipulated.

Dated: March 18, 2013

WAUKEEN Q. MCCOY
LAW OFFICES OF WAUKEEN Q. MCCOY

By: _____
Attorneys for Plaintiff
TONY RAY JONES

Dated: March     , 2013

BARBARA J. PARKER, City Attorney
RANDOLPH W. HALL, Assistant City Attorney
WILLIAM E. SIMMONS, Supervising Trial Attorney

By: _____
Attorneys for Defendants
CITY OF OAKLAND and CESAR GARCIA

The court, having reviewed the parties' stipulation and good cause appearing, hereby orders that Plaintiff Tony Jones may be deposed in the Alameda County Jail, Santa Rita Facility, in Dublin, California where he is presently incarcerated.

**IT IS SO ORDERED**

Dated: March 20, 2013

_____
UNITED STATES MAGISTRATE JUDGE
Judge Maria-Elena James