UNITED STATES DISTRICT COURT

Northern District of California

| | |
|---|---|
| TONY RAY JONES, | No. C 12-1416 MEJ |
| Plaintiff, | **ORDER TO SHOW CAUSE** |
| v. | |
| CITY OF OAKLAND, et al., | |
| Defendants. | |
| _____/ | |

On March 7, 2013, Defendants in the above-captioned matter filed a Motion for Judgment on the Pleadings, with a noticed hearing date of April 11, 2013. Dkt. No. 19. However, Plaintiff failed to file an opposition pursuant to Civil Local Rule 7. Accordingly, the Court hereby VACATES the April 11 hearing and ORDERS Plaintiff Tony Ray Jones to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by April 4, 2013. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on April 18, 2013 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California.

**IT IS SO ORDERED.**

Dated: March 25, 2013

_____
Maria-Elena James
United States Magistrate Judge

Case3:12-cv-01416-MEJ Document27 Filed03/25/13 Page2 of 2