1  WAUKEEN Q. MCCOY, ESQ. (SBN: 168228)
   LAW OFFICES OF WAUKEEN Q. McCOY
2  703 Market Street, Suite 1300
3  San Francisco, California 94103
   Telephone:   (415) 675-7705
4  Facsimile:   (415) 675-2530
   E-mail:      mail@mccoyslaw.com
5
   Attorneys for Plaintiff, TONY RAY JONES
6
7                  UNITED STATES DISTRICT COURT
8                  NORTHERN DISTRICT OF CALIFORNIA
9                     SAN FRANCISCO DIVISION

10 | TONY RAY JONES, an individual,              | Case No. C 12-01416 MEJ
11 |                                             |
   | Plaintiff,                                  | STIPULATION AND [PROPOSED]
12 |                                             | ORDER RE: EXTENSION OF FACT AND
   | v.                                          | EXPERT DISCOVERY CUT-OFF DATES
13 |                                             |
14 | CITY OF OAKLAND, a municipality;            |
   | CESAR GARCIA, individually and in his       |
15 | capacity as a police officer for the City of|
   | Oakland; OFFICER DOES 1 through 10, and     |
16 | DOES 11 through 50, inclusive,              |
17 |                                             |
   | Defendants.                                 |
18

19

20    The parties, by and through their respective counsel, agree and stipulate as follows:

21    Due to the criminal trial related to this matter, Alameda County Superior Court No.

22 169294, Plaintiff's deposition in this matter has been put on hold.

23    Counsel for the defendants has been involved in extensive pre-trial matters and trial in

24 another matter before Hon. Yvonne Gonzalez Rogers since late February and has had limited

25 availability for discovery in this matter.

26    The parties intend to undertake several depositions on each side and seek an extension of

27 the discovery cut-off, including experts, from May 6, 2013 to May 31, 2013.

28

                                            1
                Stipulation and Proposed Order Extending Discovery Cutoff

Accordingly, the parties agree and stipulate that the discovery cut-off, including experts, be extended from May 6, 2013 to May 31, 2013.

Dated: April 2, 2013

WAUKEEN Q. MCCOY
LAW OFFICES OF WAUKEEN Q, MCCOY

By: _____
Attorneys for Plaintiff
TONY RAY JONES

Dated: April 6, 2013

BARBARA J. PARKER, City Attorney
RANDOLPH W. HALL, Assistant City Attorney
WILLIAM E. SIMMONS, Supervising Trial Attorney

By: _____
Attorneys for Defendants
CITY OF OAKLAND and CESAR GARCIA

The court, having reviewed the parties' stipulation and good cause appearing, hereby orders that the discovery cut-off, including experts, be extended from May 6, 2013 to May 31, 2013.

**IT IS SO ORDERED**

Dated: April 10, 2013

_____
Maria-Elena James
UNITED STATES MAGISTRATE JUDGE

2
Stipulation and Proposed Order Extending Discovery Cutoff