| | |
|---|---|
| 1 | BARBARA J. PARKER, City Attorney - SBN 069722<br>RANDOLPH W. HALL, Chief Asst. City Attorney- SBN 080142 |
| 2 | WILLIAM E. SIMMONS, Supervising Trial Attorney - SBN121266<br>JAMILAH A. JEFFERSON, Deputy City Attorney - SBN 219027 |
| 3 | One Frank H. Ogawa Plaza, 6th Floor<br>Oakland, California  94612 |
| 4 | Telephone:  (510) 238-6520, Fax:  (510) 238-6500<br>28889/1146142 |
| 5 | |
| 6 | Attorneys for Defendants<br>CITY OF OAKLAND and CESAR GARCIA |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| 11 | TONY RAY JONES, an individual, | Case No. C12-01416 MEJ |
| 12 | Plaintiff, | [PROPOSED] ORDER GRANTING IN PART DEFENDANT CITY OF OAKLAND AND CESAR GARCIA'S MOTION FOR JUDGMENT ON THE PLEADINGS; VACATING HEARING |
| 13 | v. | |
| 14 | CITY OF OAKLAND, a municipality; CESAR GARCIA, individually and in his capacity as a police officer for the City of Oakland; OFFICER DOES 1 through 10, and DOES 11 through 50, inclusive. | |
| 15 | | |
| 16 | | Date: May 9, 2013<br>Time: 10:00 a.m.<br>Courtroom: Courtroom B, 15th Floor |
| 17 | Defendants. | |

Defendants City of Oakland and Cesar Garcia ("defendants") moved for judgment on the pleadings pursuant to Federal Rule of Civil Procedure 12(c) ("Motion") on the third, fourth, seventh, ninth, and fifteenth causes of action in the Complaint.  Defendants were represented by Supervising Deputy City Attorney William E. Simmons.  Plaintiff opposed the motion in part and was represented by Waukeen McCoy.

Having considered the papers submitted, and good cause appearing therefore, it is hereby ordered that defendants' Motion is GRANTED IN PART as follows:

Plaintiff concedes and the City agrees that the third, fourth, ninth, and fifteenth causes of action can each be dismissed from the complaint. In his opposition to the Motion, plaintiff concedes that he is precluded under *Heck v. Humphrey*, 512 U.S. 477 (1994) from challenging the validity of his detention and arrest in the third, fourth, and fifteenth causes of action under 42 U.S.C. § 1983 (no reasonable suspicion to detain), 42 U.S.C. § 1983 (no probable cause to arrest), and for false imprisonment. Plaintiff also concedes that the ninth cause of action for Violation of California Civil Code section 52.1 fails to plead sufficient facts as argued in the City's motion.

The seventh cause of action for violation of 42 U.S.C. § 1985 remains at issue in the Motion. Plaintiff argues that this cause of action sufficiently states a § 1985 claim because he has alleged "an ongoing conspiracy within the Oakland Police Department to target and harm young African-American males with excessive and unjustified deadly and/or violent force". (Opposition at 5:4-6.) Plaintiff also argues that he has sufficiently pled "§ 1983 claims relating to excessive force and/or unnecessary deadly force underlying the § 1985 conspiracy claim". (Opposition at 5:11-13.) Finally, Plaintiff accurately notes that the City does not challenge the legal sufficiently of his allegations of racial bias. (Opposition at 5:14.)

In light of Plaintiff's clarification of the allegations supporting his § 1985 claim and the principles outlined in *Griffin v. Breckenridge,* 403 U.S. 88 (1971) and *Bretz v. Kelman,* 773 F.2d 1026 (9th Cir. 1985), the City indicates in reply that it does not further challenge the sufficiency of the seventh cause of action and withdraws the motion as to this cause of action.

Accordingly, based on Plaintiff's concession and the City's withdrawal, the Court dismisses the third, fourth, ninth, and fifteenth causes of action from the Complaint. The 5/9/13 hearing is VACATED.

**IT IS SO ORDERED.**

Dated:"71: 14235

_____
MAGISTRATE JUDGE MARIA-ELENA JAMES
UNITED STATES DISTRICT COURT JUDGE