1  BARBARA J. PARKER, City Attorney, SBN 069722
   RANDOLPH W. HALL, Assistant City Atty., SBN 080142
2  WILLIAM E. SIMMONS, Supervising Trial Atty., SBN 121266
   One Frank H. Ogawa Plaza, 6th Floor
3  Oakland, California 94612
   Telephone: (510) 238-6520, Fax: (510) 238-6500
4  28889/954138

5  Attorneys for Defendants
   CITY OF OAKLAND
6  and CESAR GARCIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# SAN FRANCISCO DIVISION

| | |
|---|---|
| TONY RAY JONES, an individual, | Case No. CV 12-1416 MEJ |
| Plaintiff, | |
| v. | **STIPULATION AND [PROPOSED] ORDER** |
| CITY OF OAKLAND, a municipality; CESAR GARCIA, individually and in his capacity as a police officer for the City of Oakland; OFFICER DOES 1 through 10, and DOES 11 through 50, inclusive. | |
| Defendant(s). | |

The Plaintiff and the City of Oakland defendants, by and through their respective counsel, agree and stipulate as follows:

The deposition of Officer Cesar Garcia shall take place on June 25, 2013 at 10:00 a.m. and, if needed, on June 27, 2013 at 1:00 p.m.

Dated: June 12, 2013

        BARBARA J. PARKER, City Attorney
        RANDOLPH W. HALL, Chief Assistant City Attorney
        WILLIAM E. SIMMONS, Supervising Trial Attorney

   By:    /S/ William E. Simmons
        Attorneys for Defendants
        CITY OF OAKLAND and CESAR GARCIA


        WAUKEEN MCCOY
        LAW OFFICES OF WAUKEEN MCCOY


   By:    /s/ Waukeen Q. McCoy
        Attorneys for Plaintiff
        TONY RAY JONES


**IT IS SO ORDERED**

_____
UNITED STATES CHIEF MAGISTRATE JUDGE

Dated: June 19, 2013

[Seal: United States District Court, Northern District of California — Judge Maria-Elena James]