UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

| | |
|---|---|
| TONY RAY JONES, | No. 3:12-CV-1416 MEJ (NJV) |
| Plaintiff, | ORDER REQUIRING TELEPHONIC APPEARANCE OF PLAINTIFF |
| v. | |
| CITY OF OAKLAND, et al., | |
| Defendants. | |

This case is set for a settlement conference in San Francisco on August 2, 2013, at 11:00 am. in Courtroom D. Plaintiff's counsel shall appear in the courtroom. Plaintiff Tony Ray Jones, inmate number AP2154, shall appear telephonically. The court will provide a copy of this order to Plaintiff's institution. The institution shall arrange for Plaintiff to call into the settlement conference at 11:00 am. on August 2, 2013, by dialing 415-522-4026.

IT IS SO ORDERED.

Dated: July 29, 2013

NANDOR J. VADAS
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

EUREKA DIVISION

TONY RAY JONES,

    Plaintiff,

v.

CITY OF OAKLAND, et al,

    Defendants.

                             /

No. 3:12-CV-01416 MEJ (NJV)

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on July 29, 2013, I served a true and correct copy of the attached by placing said copy in a postage paid envelope addressed to the person(s) listed below, by depositing said envelope in the U.S. Mail.

Curtis Gamble, Litigation Coordinator
Deuel Vocational Institution
PO Box 400
Tracy, CA  95378 - 0400

(by fax also)

Dated:  July 29, 2013

                                      /s/  *Linn Van Meter*
                                      Linn Van Meter
                               Administrative Law Clerk to the
                               Honorable Nandor J. Vadas